

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00776-CR

Christopher **BUSTOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13086
Honorable Christine Del Prado, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: September 11, 2024

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED

Following an abandonment hearing in the trial court due to appellant's court-appointed attorney's failure to file a brief, on July 15, 2024, counsel filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. Counsel certifies she has served copies of the brief and motion on appellant, has informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83,

85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

On July 19, 2024, appellant filed a *pro se* motion to dismiss his appeal. However, because appellant is represented by counsel, he is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means appellant's *pro se* motion was treated as presenting nothing for this court's review. *See id*. Accordingly, on August 8, 2024, we denied appellant's *pro se* motion to dismiss.

On August 12, 2024, appellant's counsel filed a motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH